# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Trenga, Anthony John**

Report Year: 2020

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.

I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**/s/ Trenga, Anthony John [electronically signed on 05/10/2021 by Trenga, Anthony John in JEFS]**

# I. Positions

None

# II. Agreements

| # | EMPLOYER OR PARTY | TERMS | DATE |
|---|---|---|---|
| 1 | Miller & Chevalier, Chartered | Miller & Chevalier Retirement Plan,  no control | 3/1998 |

# III A. Filer's Non-Investment Income

| # | SOURCE | INCOME TYPE | INCOME AMOUNT |
|---|---|---|---|
| 1 | Miller & Chevalier Retirement Plan | Fixed Retirement / Pension Benefits | $13,488 |

# III B. Spouse's Non-Investment Income

None

# IV. Reimbursements

None

# V. Gifts

None

# VI. Liabilities

None

---

# VII. Investments and Trusts

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | Brokerage Account #3 (IRA) (-4017) | | | | | | | |
| 1.1 | -Money Market (Robert W. Baird & Co.) | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 1.2 | -VEU | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 1.3 | -IEFA | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 1.4 | -IWM | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 1.5 | -IWD | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 1.6 | -IWF | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 1.7 | -IWR | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 1.8 | -SPSB | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 1.9 | -BIV | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 2 | Brokerage Account #4 (-9952) | | | | | | | |
| 2.1 | -CSCO | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.2 | -AAPL | $1,000 or less | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 2.2.1 | -AAPL | | | | | Sold | 05/14/2020 | $15,001 - $50,000 |
| 2.2.2 | -AAPL | | | | | Sold | 01/16/2020 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.3 | -Money Market (Robert W. Baird & Company) | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 2.4 | -AT&T (T) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.5 | -BRK/B common stock | None | None | $100,001 - $250,000 | Cash Market | | | |
| 2.6 | -JNJ common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.7 | -First Eagle Global Fund Class, SGIIX | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.8 | -Fairfax, VA (Tax Exempt Bond) (WW1) | $1,000 or less | Interest | None | Cash Market | | | |
| 2.8.1 | -Fairfax, VA (Tax Exempt Bond) (WW1) | | | | | Redeemed | 04/01/2020 | $15,001 - $50,000 |
| 2.9 | -VA. ST. CLLG (Tax Exempt) (-XB5) | $1,000 or less | Interest | None | Cash Market | | | |
| 2.9.1 | -VA. ST. CLLG (Tax Exempt) (-XB5) | | | | | Redeemed | 03/02/2020 | $15,000 or less |
| 2.10 | - VA. CLLG  Bld Auth tax exempt bond(-VEH7) | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 2.11 | BKNG | None | None | None | Cash Market | | | |
| 2.11.1 | BKNG | | | | | Sold | 03/25/2020 | $15,000 or less |
| 2.12 | Hewlett Packard Enterprise Co. Sr .Note -AG4 | $1,000 or less | Interest | None | Cash Market | | | |
| 2.12.1 | Hewlett Packard Enterprise Co. Sr .Note -AG4 | | | | | Redeemed | 08/17/2021 | $15,001 - $50,000 |
| 2.13 | Host Hotels & Resorts LP Sr. Note -AU0 | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 2.14 | LHX | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.14.1 | LHX | | | | | Purchased | 06/17/2020 | $15,000 or less |
| 2.15 | Marathon Petroleum Corp. | $1,000 or less | Dividend | None | Cash Market | | | |
| 2.15.1 | Marathon Petroleum Corp. | | | | | Sold | 03/02/2021 | $15,000 or less |
| 2.16 | AMLP | $1,000 or less | Dividend | None | Cash Market | | | |
| 2.16.1 | AMLP | | | | | Sold | 10/07/2020 | $15,001 - $50,000 |
| 2.17 | Loudon Cnty Va -TEH1 | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 2.18 | NUV | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.19 | Amazon.com, Inc. - Common Stock | None | None | $15,000 or less | Cash Market | | | |
| 2.19.1 | Amazon.com, Inc. - Common Stock | | | | | Purchased | 03/10/2020 | $15,000 or less |
| 2.20 | VMRXX | $1,001 - $2,500 | Interest | None | Cash Market | | | |
| 2.20.1 | VMRXX | | | | | Sold | 03/20/2020 | $100,001 - $250,000 |
| 2.21 | Valero Energy Corp | $2,501 - $5,000 | Dividend | None | Cash Market | | | |
| 2.21.1 | Valero Energy Corp | | | | | Sold | 10/07/2020 | $15,000 or less |
| 2.22 | Facebook, Inc. - Class A Common Stock | None | None | $15,001 - $50,000 | Cash Market | | | |
| 2.22.1 | Facebook, Inc. - Class A Common Stock | | | | | Purchased | 03/19/2020 | $15,000 or less |
| 2.22.2 | Facebook, Inc. - Class A Common Stock | | | | | Purchased | 04/09/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.23 | Mcdonalds Corp | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.23.1 | Mcdonalds Corp | | | | | Purchased | 03/19/2020 | $15,000 or less |
| 2.24 | merck & company | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.24.1 | merck & company | | | | | Purchased | 07/14/2020 | $15,001 - $50,000 |
| 2.25 | Lab Corp of America Hldgs | None | None | $15,000 or less | Cash Market | | | |
| 2.25.1 | Lab Corp of America Hldgs | | | | | Purchased | 09/30/2021 | $15,000 or less |
| 2.25.2 | Lab Corp of America Hldgs | | | | | Purchased | 11/10/2020 | $15,000 or less |
| 2.26 | GNRC | None | None | $15,000 or less | Cash Market | | | |
| 2.26.1 | GNRC | | | | | Purchased | 09/09/2020 | $15,000 or less |
| 2.27 | FTV | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.27.1 | FTV | | | | | Purchased | 08/21/2020 | $15,000 or less |
| 2.27.2 | FTV | | | | | Purchased | 10/23/2020 | $15,000 or less |
| 2.28 | STZ | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.28.1 | STZ | | | | | Purchased | 04/21/2020 | $15,000 or less |
| 2.28.2 | STZ | | | | | Purchased | 10/02/2020 | $15,000 or less |
| 2.29 | Citigroup Inc | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.29.1 | Citigroup Inc | | | | | Purchased | 07/09/2020 | $15,000 or less |
| 2.29.2 | Citigroup Inc | | | | | Purchased | 09/17/2021 | $15,000 or less |
| 2.30 | Cisco Systems Inc | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.31 | Caterpillar Inc | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.31.1 | Caterpillar Inc | | | | | Purchased | 07/31/2020 | $15,000 or less |
| 2.32 | AVGO | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.32.1 | AVGO | | | | | Purchased | 06/15/2020 | $15,001 - $50,000 |
| 2.33 | BABA | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.33.1 | BABA | | | | | Purchased | 05/04/2020 | $15,000 or less |
| 2.33.2 | BABA | | | | | Purchased | 11/03/2020 | $15,000 or less |
| 2.34 | APTIV | None | None | $15,001 - $50,000 | Cash Market | | | |
| 2.34.1 | APTIV | | | | | Purchased | 06/09/2020 | $15,000 or less |
| 2.34.2 | APTIV | | | | | Purchased | 09/23/2021 | $15,000 or less |
| 2.35 | PRE'H | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.35.1 | PRE'H | | | | | Purchased | 06/19/2020 | $15,000 or less |
| 2.36 | Dominion Energy | $1,000 or less | Dividend | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.36.1 | Dominion Energy | | | | | Purchased | 04/01/2020 | $15,000 or less |
| 2.36.2 | Dominion Energy | | | | | Sold | 07/06/2020 | $15,000 or less |
| 3 | Brokerage Account #6 | | | | | | | |
| 3.1 | Janus Henderson Research Fund JNRFX | $1,000 or less | Dividend | None | Cash Market | | | |
| 3.1.1 | Janus Henderson Research Fund JNRFX | | | | | Sold | 11/30/2020 | $50,001 - $100,000 |
| 3.2 | IBM common stock | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 3.3 | D | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 3.3.1 | D | | | | | Purchased | 04/01/2020 | $15,000 or less |
| 3.3.2 | D | | | | | Sold | 07/06/2020 | $15,000 or less |
| 3.4 | Navy Federal Credit Union (IRA #1) (CD) | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 3.5 | Navy Federal Credit Union (IRA #3) (CD) | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 3.6 | Burke and Herbert Bank Account | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 3.7 | Northwestern Mutual Joint Complife Insurance Policy(whole life) | $15,001 - $50,000 | Dividend | $500,001 - $1,000,000 | Cash Market | | | |
| 3.8 | Robert W. Baird & Co. checking and cash management accounts | $1,001 - $2,500 | Interest | $100,001 - $250,000 | Cash Market | | | |
| 3.9 | DRYFUSS money market accounts GGM 370375206 & GMA 370375107 | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 3.10 | Brighthouse Life Insurance Policy (Whole Life) | $2,501 - $5,000 | Interest | $15,001 - $50,000 | Cash Market | | | |
| 4 | Wells Fargo Checking Account | $5,001 - $15,000 | None | $15,000 or less | Cash Market | | | |

## Additional Information or Explanation